AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

PETER D. FURNESS ELECTRIC CO., INC.

V.

TCS INTERNATIONAL, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 7 - 4 0 6

TO: (Name and address of Defendant)

TCS International, Inc.
55 Union Avenue
Sudsbury, MA  01776

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhall & Furman, PC
Nemours Building, Stuie 1130
1007 North Orange Street
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            6/22/07

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons & amended complaint was made by me<sup>(1)</sup> | DATE<br>6/22/2007 @ 3:15 p.m. |
| NAME OF SERVER (PRINT)<br>**James F. Pietschmann** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Melanie Keeler, government employee, c/o Secretary of State, Duke of York Street @ Federal Lane, Dover, DE 1901**

**30, F, W, 5'5", 120 pounds, black hair, glasses**

[ ]  Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ]  Returned unexecuted:

[ ]  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/25/2007
           Date

*James F. Pietschmann* (signature)

James F. Pietschmann

**O'ROURKE INVESTIGATIVE ASSOCIATES, INC.**
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure