IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER D. FURNESS ELECTRIC CO., INC., | ) |
| Plaintiff, | ) |
| v. | ) C. A. No. 07-406 SLR |
| TCS INTERNATIONAL, INC., | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Jennifer M. Becnel-Guzzo for Defendant TCS International, Inc. in this action.

BUCHANAN INGERSOLL & ROONEY

*[signature]*
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
william.manning@bipc.com
jennifer.becnelguzzo@bipc.com

*Attorneys for Defendant TCS International, Inc.*

Date: July 1  2007

#1008011-v1