IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER D. FURNESS ELECTRIC CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-406 SLR |
| | ) |
| TCS INTERNATIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME
FOR FILING A RESPONSE TO COMPLAINT**

COME NOW the Plaintiff, Peter D. Furness, Electric Co., Inc. ("Furness") and Defendant, TCS International, Inc. ("TCS"), and hereby stipulate to extend the time in which the Defendant, TCS, must file a response to the Complaint in this matter. The parties respectfully request that this Court extend the time in which TCS must file a response to the Complaint for twenty (20) days. In support of and as grounds for this stipulation, the parties state as follows:

1. On June 22, 2007, Furness filed the Complaint in this Court and served the Summons and Complaint on the Registered Agent of TCS with the Secretary of State's Office in Dover, Delaware. Furness sent via registered mail a copy of the Complaint, Summons and Secretary of State's Return of Service to counsel for TCS, Massachusetts Attorney Walter M. Foster on June 26, 2007.

2. Mr. Foster was unavailable during the week of July 2nd through July 6th, 2007, and after receiving notice of service of the Complaint on July 9th, retained local counsel in Delaware on July 12, 2007 to represent TCS in this matter.

3.  TCS's response is presently due to be filed in this Court by July 16, 2007. An additional sixteen (16) days, or until August 1, 2007, would not prejudice either party, and the Plaintiff's counsel of record has assented to this brief extension of time. In addition, the Court has not scheduled any hearing or other event in this matter.

## CONCLUSION

Since the granting of this brief extension for TCS to file a response to the Complaint would not otherwise prejudice any party, and based on all of the foregoing reasons, Furness and TCS agreed respectfully request that this Court approve this Stipulation to extend time in which the Defendant, TCS, must file a response to the Complaint, up to and including August 1, 2007.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY, P.C.

/s/ Jennifer M. Becnel-Guzzo
William E. Manning, Esquire (#697)
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
william.manning@bipc.com
jennifer.becnelguzzo@bipc.com

Of Counsel
Walter M. Foster, Esquire (BBO #552917)
SHEEHAN PHINNEY BASS + GREEN, P.A.
One Boston Place, 38th Floor
Boston, MA 02108
(617) 897-5006

Attorneys for Defendant TCS International, Inc.

July 12, 2007

COHEN SEGLIAS PALLAS GREENHALL & FURMAN P.C.

/s/ Robert K. Beste, Jr.
Robert K. Beste, Jr., Esquire (#154)
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 19801
(302) 425-5089
(302) 425-5097 (facsimile)
rbeste@cohenseglias.com

Attorneys for Plaintiff Peter D. Furness Electric Co., Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER D. FURNESS ELECTRIC CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 07-406 SLR |
| TCS INTERNATIONAL, INC., | ) ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Upon consideration of the parties' Stipulation To Extend Time For Filing A Response To Complaint:

IT IS HEREBY ORDERED THAT:

The time in which the Defendant, TCS International, Inc., must file a responsive pleading to the Plaintiff's Complaint, is hereby extended through and including August 1, 2007.

SO ORDERED,

Dated: ____ _____, 2007      _____
                                      The Honorable Sue L. Robinson

#1008005-v1