IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER D. FURNESS ELECTRIC CO., INC. )<br>)<br>)     Plaintiff, )<br>)<br>v. )<br>)<br>TCS INTERNATIONAL, INC., )<br>)<br>    Defendant. )<br>) | Civil Action No. 07-406 SLR |

## STIPULATION OF DISMISSAL

The above-captioned parties, by and through their undersigned counsel, stipulate and agree that this action is and shall be dismissed without prejudice.

| **BUCHANAN INGERSOLL & ROONEY PC** | **COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.** |
|---|---|
| /s/ Jennifer M. Becnel-Guzzo | /s/ Robert K. Beste, Jr. |
| William E. Manning, Esquire (#697) | Robert K. Beste, Jr., Esquire (#154) |
| Jennifer M. Becnel-Guzzo, Esquire (#4492) | Nemours Building, Suite 1130 |
| The Brandywine Building | 1007 North Orange Street |
| 1000 West Street, Suite 1410 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 425-5089 |
| (302) 552-4200 | rbeste@cohenseglias.com |
| william.manning@bipc.com | *Attorneys for Plaintiff Peter D. Furness* |
| jennifer.becnelguzzo@bipc.com | *Electric Co., Inc.* |

Of Counsel:
Walter M. Foster, Esquire (BBO #552917)
SHEEHAN PHINNEY BASS + GREEN, P.A.
One Boston Place, 38th Floor
Boston, MA 02108
(617) 897-5646
*Attorneys for Defendant TCS International, Inc.*